UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHLIGHT EUROPEAN FUNDAMENTAL CREDIT FUND, HCN LP, and BARDIN HILL EVENT-DRIVEN MASTER FUND LP<br><br>               Plaintiffs,<br><br>      -against-<br><br>INTRALOT CAPITAL LUXEMBOURG S.A., INTRALOT S.A., INTRALOT GLOBAL HOLDINGS B.V., INTRALOT, INC., INTRALOT US SECURITIES B.V.,<br><br>               Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/29/2021<br><br>1:21-cv-06437 (MKV)<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

       The parties have informed the Court that Plaintiffs intend to file a motion for a temporary restraining order. The parties should observe the following schedule in connection with the motion.

       Plaintiffs' motion must be filed by 7:00PM on July 29, 2021. Any opposition by Defendants must be filed by 9:00PM on July 30, 2021. There will be no reply permitted.

       The parties must appear for a telephonic hearing on the motion on August 2, 2021 at 11:00AM. To join the conference, dial 888-278-0296 and enter access code 5195844.

**SO ORDERED.**

**Date:  July 29, 2021**                                **MARY KAY VYSKOCIL**
         **New York, NY**                         **United States District Judge**