UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHLIGHT EUROPEAN FUNDAMENTAL CREDIT FUND, HCN LP, and BARDIN HILL EVENT-DRIVEN MASTER FUND LP

        Plaintiffs,

-against-

INTRALOT CAPITAL LUXEMBOURG S.A., INTRALOT S.A., INTRALOT GLOBAL HOLDINGS B.V., INTRALOT, INC., INTRALOT US SECURITIES B.V.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2021

1:21-cv-06437 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The parties have informed the Court that Plaintiffs intend to file a motion for a temporary restraining order. The parties should observe the following schedule in connection with the motion.

    Plaintiffs' motion must be filed by 7:00PM on July 29, 2021. Any opposition by Defendants must be filed by 9:00PM on July 30, 2021. There will be no reply permitted.

    The parties must appear for a telephonic hearing on the motion on August 2, 2021 at 11:00AM. To join the conference, dial 888-278-0296 and enter access code 5195844.

**SO ORDERED.**

Date: July 29, 2021
     New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**