```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHLIGHT EUROPEAN FUNDAMENTAL
CREDIT FUND, HCN LP, and BARDIN HILL
EVENT-DRIVEN MASTER FUND LP

        Plaintiffs,

-against-

INTRALOT CAPITAL LUXEMBOURG S.A.,
INTRALOT S.A., INTRALOT GLOBAL
HOLDINGS B.V., INTRALOT, INC., INTRALOT
US SECURITIES B.V.,

        Defendants.

1:21-cv-06437 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of the parties' third proposed stipulation and order. [ECF No. 42].

    IT IS HEREBY ORDERED that Plaintiffs will file their amended complaint by no later than January 31, 2022. The amended complaint due by January 31, 2022 shall constitute Plaintiffs' one amendment as of right under Rule 15, and Plaintiffs shall require Court approval to file any amended complaint after that date.

    IT IS FURTHER ORDERED that Defendants will respond to the amended complaint on or before March 31, 2022.

**SO ORDERED.**

**Date: December 14, 2021**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**